

# Missouri Court of Appeals
## Southern District

**APRIL 22, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32641

    Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             PATRICK BRIGGS HAUBBERT,
             Defendant-Appellant.